UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    ANTONIO LAMARR MILLER AND
    TIFFANY SOMERS MILLER FKA
    TIFFANY SOMERS JORDAN

CASE NO. 18-55074-PJS
CHAPTER 13
HONORABLE PHILLIP J. SHEFFERLY

    DEBTORS.
_____/

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**AFFIDAVIT OF DEFAULT**

STATE OF MICHIGAN)

COUNTY OF MACOMB)

    Craig S. Schoenherr, Sr. states as follows:

    1.    He is the attorney of record for Bridgecrest Credit Company LLC ("Creditor") in this matter.

    2.    The Creditor holds a valid, perfected security interest in a certain 2015 Ford Taurus bearing vehicle identification number 1FAHP2D81FG117912.

    3.    On October 22, 2019, an Order for Modification of the Automatic Stay and Resolving Motion for Relief from the Automatic Stay was entered by this Court, requiring Debtor to be 100% current in payments to the Creditor on or before January 31, 2020.

    4.    The Order stated that if the Debtor failed to bring his account with the Creditor 100% current on or before January 31, 2020, the Automatic Stay of 11 U.S.C. § 362 is

terminated upon the submission of an Affidavit of Default to the Court and service of said Affidavit on the Trustee.

5. On February 14, 2020, the Creditor reviewed the Debtor's account, and the account was past due for the July 20, 2019, payment for a total past due of $3,164.64.

6. The Debtor failed to bring the payments current within the required time period.

7. The Debtor has failed to comply with the terms of the Order.

8. Upon the failure of the Debtor to comply with the terms of the Order, the Automatic Stay of 11 U.S.C. § 362 is terminated as to the interest of Bridgecrest Credit Company, LLC in the 2015 Ford Taurus bearing Vehicle Identification Number 1FAHP2D81FG117912.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*

———————————————————
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: February 19, 2020