UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

ANTONIO LAMARR MILLER
AND TIFFANY SOMERS MILLER
FKA TIFFANY SOMERS JORDAN     CASE NO. 18-55074-PJS
CHAPTER 13
HONORABLE PHILLIP J. SHEFFERLY

DEBTORS.
_____/
MICHAEL G. ARDELEAN
Attorney for Debtors
29777 Telegraph Road, Suite 1630
Southfield, MI 48034
(248) 557-7488
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
 (586) 726-1000
_____/

**PROOF OF SERVICE OF AFFIDAVIT OF DEFAULT**

    CRAIG S. SCHOENHERR, SR., being first duly sworn, deposes and says that on February 19, 2020, a copy of the Affidavit of Default and this Proof of Service was served upon:

| | |
|---|---|
| Michael G. Ardelean | Krispen S. Carroll |
| Attorney for Debtor | Trustee |
| 29777 Telegraph Road, Suite 1630 | 719 Griswold, Suite 1100 |
| Southfield, MI 48034 | Detroit, MI 48226 |

electronically pursuant to the court notice of service, and to those not electronically registered by first class mail, postage fully prepaid thereon.

                                        O'REILLY RANCILIO P.C.

                                        */s/ Craig S. Schoenherr, Sr.*
                                        CRAIG S. SCHOENHERR, SR. (P32245)
                                        Attorney for Creditor
                                        12900 Hall Road, Suite 350
                                        Sterling Heights, MI  48313-1151
                                        (586) 726-1000
                                        ecf@orlaw.com

DATED:  February 19, 2020